Mindy Kallus, Esq.
3220 Netherland Ave., Suite 5D
Bronx, New York 10463
(646)954-1816
kallusesq@gmail.com

January 21, 2020

(VIA ECF)
Judge Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse, Courtroom 618
40 Foley Square
New York, New York 10007



Re: *Jhonny Villeral Echavarria Tejeda v. La Bodeguita de Rosa, et al.*, 19-cv-6477-KPF

Dear Judge Failla:

    As an attorney with the Law Offices of Michael Chong I represented Defendants in this action with the exception of Defendants Kalen Doe and Jose Medina. Due to a change in circumstances, I am no longer associated with Mr. Chong. Accordingly I respectfully move to withdraw as counsel for the above-referenced Defendants. These Defendants will not be prejudiced as Mr. Chong has represented these Defendants from the outset of this action.

Very Truly Yours,

/s/Mindy Kallus

To: All Counsel (VIA ECF)

```
Application GRANTED.  The Clerk of Court is directed to terminate
Mindy Kallus, Esq. from the docket as counsel for Defendants.

Dated:     January 22, 2020          SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE