UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JHONNY VILLERAL ECHAVARRIA TEJEDA, *individually and on behalf of others similarly situated*,

          Plaintiff,

-v.-

LA BODEGUITA DE ROSA, CORP. (D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ, JOSE MEDINA, ANDRES FOURNE, and KALEN DOE,

          Defendants.

19 Civ. 6477 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

On October 21, 2020, the Court was notified that the parties reached a settlement on all issues in mediation. (Dkt. #41). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before November 23, 2020, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

    SO ORDERED.

Dated: October 22, 2020
       New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge