**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JHONNY VILLERAL ECHAVARRIA TEJEDA,
*individually and on behalf of others similarly situated,*

                                     *Plaintiff,*

             -against-

LA BODEGUITA DE ROSA, CORP.  (D/B/A LA
BODEGUITA DE ROSA), IGNACIO CASTILLO,
HECTOR VELAZQUEZ, JOSE MEDINA, ANDRES
FOURNE, and KALEN DOE,

                                 *Defendants.*

-----------------------------------------------------------------X

Civil Action No. **1:19- CV-6477**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To:

    Michael K. Chong, Esq.
    **MKC Law Group LLC**
    **Law Offices of Michael K. Chong, LLC**
    **Fort Lee Office:**
    2 Executive Drive, Suite 240, Fort Lee,
    New Jersey 07024
    *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff JHONNY VILLERAL ECHAVARRIA TEJEDA

hereby accepts the offer of judgment made by Defendants LA BODEGUITA DE ROSA, CORP.

(D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ and

ANDRES FOURNE pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated November

23, 2020.  A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated:  New York, New York
       November 25, 2020

                              /s/ Michael Faillace
                           Michael Faillace
                           MICHAEL FAILLACE & ASSOCIATES, P.C.
                           60 East 42nd Street, Suite 4510
                           New York, NY 10165
                           (212) 317-1200
                           *Attorneys for Plaintiff*

2