**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JHONNY VILLERAL ECHAVARRIA TEJEDA,
*individually and on behalf of others similarly situated,*

                *Plaintiff*,

      -against-

LA BODEGUITA DE ROSA, CORP. (D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ, JOSE MEDINA, ANDRES FOURNE, and KALEN DOE,

----------------------------------------------------------------X

Civil Action No. **1:19-CV-6477 (KPF)**

**[Proposed Form Of]**
**JUDGMENT**

**JUDGMENT**

On November 25, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JHONNY VILLERAL ECHAVARRIA TEJEDA, have judgment against LA BODEGUITA DE ROSA, CORP. (D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ, and ANDRES FOURNE, jointly and severally, in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2020

                                                                                       _____