**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JHONNY VILLERAL ECHAVARRIA TEJEDA,
*individually and on behalf of others similarly situated,*

Civil Action No. **1:19-CV-6477 (KPF)**

*Plaintiff*,

-against-

LA BODEGUITA DE ROSA, CORP.  (D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ, JOSE MEDINA, ANDRES FOURNE, and KALEN DOE,

**JUDGMENT**

----------------------------------------------------------------X

## JUDGMENT

On November 25, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JHONNY VILLERAL ECHAVARRIA TEJEDA, have judgment against LA BODEGUITA DE ROSA, CORP.  (D/B/A LA BODEGUITA DE ROSA), IGNACIO CASTILLO, HECTOR VELAZQUEZ, and ANDRES FOURNE, jointly and severally, in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated:  November 30, 2020
          New York, New York

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE